

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

| | | |
|---|---|---|
| Scott W. Johnson and Florence H. Cummings, | § | No. 08-22-00132-CV |
| | § | Appeal from the |
| Appellants, | § | 143rd District Court |
| v. | § | of Reeves County, Texas |
| Cale Andrew Clifton; Christopher Matther Clifon; Pamela Parker Clifton; Cog Operating, LLC; Desert Partners IV, LP; Kelli Clifton Gossmann; Lambert Land Co., LLC; KMF Land, LLC; McCamey Farm & Ranch, LP; J. LLoyd Parker III Estate; Springwood Mineral 4, LP; robin Lee Young; Young Oil and Gas, LP and Lake Ranch, LP., | § | (TC# 20-07-23609-CVR) |
| | § | |
| | § | |
| | § | |
| | § | |
| Appellees. | § | |

**O R D E R**

On July 21, 2022, this Court issued an order for mediation referral. The order required the parties to make any objection to referral within ten days of the order. On August 1, 2022, Appellees filed an objection. The Court finds Appellees' objection persuasive.

Therefore, the Court ORDERS this appeal to continue, the appellate timetable suspension is lifted, and the Clerk's Record shall now be filed in this Court on or before September 30, 2022.

IT IS SO ORDERED this 2nd day of August, 2022.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.